WALTON & ASSOCIATES
Edward C. Walton, Esq. (078490)
Lisa G. Taylor, Esq. (156381)
Justin E. D. Daily, Esq. (209772)
600 West Broadway, Suite 1530
San Diego, CA 92101
(619) 234-7422

Attorneys for Plaintiff THE CONTINENTAL
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br>v.<br><br>NYK LINES, a business entity; NIPPON YUSEN KAISHA, a business entity; DANZAS AEI CARGO MANAGEMENT SERVICES, a business entity; LODI TRUCK SERVICE, INC., a business entity; and DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO. 04CV-04615 JSW (WDB)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

**TO THE HONORABLE COURT:**

Plaintiff, THE CONTINENTAL INSURANCE COMPANY, and Defendants, NYK LINES, NIPPON YUSEN KAISHA, DANZAS AEI CARGO MANAGEMENT SERVICES, and LODI TRUCK SERVICE, INC. (hereinafter collectively the "Parties"), hereby submit the following Stipulation and Proposed Order to Continue Case Management Conference.

WHEREAS, the Parties have come to an agreement in principal as to the terms of a settlement of the referenced matter, in its entirety, in lieu of further litigation;

WHEREAS, counsel for the Parties have formalized the terms of said settlement in a Settlement Agreement and Mutual Release and have forwarded that document to their respective clients for their final review, approval and execution; and

///

1  WHEREAS the Parties agree that the Case Management Conference in this matter, currently
2  scheduled in this Court for Thursday, June 9th, 2005 at 1:00 p.m., should be continued for a period of
3  forty-five (45) days to allow full execution and funding of the settlement prior to dismissal of the herein
4  action, with prejudice.
5  Accordingly,
6  IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective
7  counsel of record, that the Case Management Conference currently scheduled in this matter for
8  Thursday, June 9th, 2005 at 1:00 p.m., should be continued for forty-five (45) days, to a date and time
9  convenient for this Court.

10  DATED: 6·6, 2005        WALTON & ASSOCIATES
11
12                          By_____
                                Edward C. Walton
13                              Justin E. D. Daily
                                Attorneys for Plaintiff
14                              THE CONTINENTAL INSURANCE COMPANY

    DATED: 6·6, 2005        FLYNN DELICH & WISE
15
16                          By_____
                                James B. Nebel
17                              Attorneys for Defendants NYK LINES and
                                NIPPON YUSEN KAISHA

18  DATED: _____, 2005    LAW OFFICES OF GEORGE W. NOWELL
19                          By_____
                                George W. Nowell
20                              Attorney for Defendant
                                DANZAS AEI CARGO
21                              MANAGEMENT SERVICES

22
    DATED: _____, 2005    GREENE, CHAUVEL, DESCALSO & MINOLETTI
23
                            By_____
24                              Ronald C. Chauvel
                                Susan J. Bayerd
25                              Attorney for Defendant
                                LODI TRUCK SERVICE, INC.
26
27  ///
    ///
28  ///

---
2:C:\PLD05\CNA-NYK STIP CONTINUE    04CV -04615 JSW(WDB)    STIPULATION RE: DISMISSAL

2

1  WHEREAS the Parties agree that the Case Management Conference in this matter, currently
2  scheduled in this Court for Thursday, June 9th, 2005 at 1:00 p.m., should be continued for a period of
3  forty-five (45) days to allow full execution and funding of the settlement prior to dismissal of the herein
4  action, with prejudice.
5  Accordingly,
6  IT IS HEREBY STIPULATED by and between the Parties hereto, through their respective
7  counsel of record, that the Case Management Conference currently scheduled in this matter for
8  Thursday, June 9th, 2005 at 1:00 p.m., should be continued for forty-five (45) days, to a date and time
9  convenient for this Court.

10 DATED: _____, 2005        WALTON & ASSOCIATES
11
12                                 By_____
                                    Edward C. Walton
13                                  Justin E. D. Daily
                                    Attorneys for Plaintiff
14                                  THE CONTINENTAL INSURANCE COMPANY

   DATED: _____, 2005        FLYNN DELICH & WISE
15
16                                 By_____
                                    James B. Nebel
17                                  Attorneys for Defendants NYK LINES and
                                    NIPPON YUSEN KAISHA

18 DATED: June 3, 2005            LAW OFFICES OF GEORGE W. NOWELL

19                                 By /s/ George W. Nowell
20                                  George W. Nowell
                                    Attorney for Defendant
21                                  DANZAS AEI CARGO
                                    MANAGEMENT SERVICES
22
   DATED: _____, 2005        GREENE, CHAUVEL, DESCALSO & MINOLETTI
23
24                                 By_____
                                    Ronald C. Chauvel
25                                  Susan J. Bayerd
                                    Attorney for Defendant
26                                  LODI TRUCK SERVICE, INC.

27 ///
28 ///
   ///

2

2:C:\PLD05\CNA-NYK STIP CONTINUE    04CV-04615 JSW(WDB)    STIPULATION RE: DISMISSAL

DATED: June 6, 2005        GREENE, CHAUVEL, DESCALSO & MINOLETTI

By ___*Susan J. Bayerd*___
Ronald C. Chauvel
Susan J. Bayerd
Attorney for Defendant
LODI TRUCK SERVICE, INC.

///

///

///

## ORDER

The Court, having considered the Parties' Stipulation to Continue Case Management Conference, and finding that good cause exists therefor,

HEREBY ORDERS that the current Case Management Conference set for June 9th, 2005 at 1:00 p.m. be and hereby is continued to _____, 2005, at _____ a.m./p.m in Department __ of this Court.

DATED: _____              _____
U.S. DISTRICT COURT JUDGE

## ORDER

The Court, having considered the Parties' Stipulation to Continue Case Management Conference, and finding that good cause exists therefor,

HEREBY ORDERS that the current Case Management Conference set for June 9th, 2005 at 1:00 p.m. be and hereby is continued to July 27, 2005, at 3:00 ~~a.m.~~/p.m in Department 4 of this Court.

DATED: 6/6/05

/s/ Wayne D. Brazil
U.S. ~~DISTRICT COURT~~ JUDGE
MAGISTRATE