1  WALTON & ASSOCIATES
   Edward C. Walton, Esq. (078490)
2  Lisa G. Taylor, Esq. (156381)
   Justin E. D. Daily, Esq. (209772)
3  600 West Broadway, Suite 1530
   San Diego, CA 92101
4  (619) 234-7422

5  Attorneys for Plaintiff THE CONTINENTAL
   INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CONTINENTAL INSURANCE COMPANY, a corporation,<br><br>     Plaintiff,<br>v.<br><br>NYK LINES, a business entity; NIPPON YUSEN KAISHA, a business entity; DANZAS AEI CARGO MANAGEMENT SERVICES, a business entity; LODI TRUCK SERVICE, INC., a business entity; and DOES1 THROUGH 100,<br><br>     Defendants. | CASE NO. 04CV-04615 JSW (WDB)<br><br>**STIPULATION RE: DISMISSAL AND ORDER THEREON** |

The parties have mutually agreed to a settlement of this matter. The settlement terms have been reduced to writing in a Release and Settlement Agreement which has been fully executed, and all settlement funds due Plaintiff have been paid. There are no remaining disputes between the parties.

Accordingly,

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record that the entire within action may be and hereby is dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

///

///

///

///

1. IT IS FURTHER STIPULATED that this Stipulation for Dismissal may be executed in any number of counterparts, each of which shall be an original, but such counterparts together shall constitute one and the same Stipulation for Dismissal.

DATED: 7/7, 2005　　WALTON & ASSOCIATES

By _____
Edward C. Walton
Justin E. D. Daily
Attorneys for Plaintiff
THE CONTINENTAL INSURANCE COMPANY

DATED: July 6, 2005　　FLYNN DELICH & WISE

By _____
James B. Nebel
Attorneys for Defendants NYK LINES and
NIPPON YUSEN KAISHA

DATED: _____, 2005　　LAW OFFICES OF GEORGE W. NOWELL

By _____
George W. Nowell
Attorney for Defendant
DANZAS AEI CARGO
MANAGEMENT SERVICES

DATED: _____, 2005　　GREENE, CHAUVEL, DESCALSO & MINOLETTI

By _____
Ronald C. Chauvel
Susan J. Bayerd
Attorney for Defendant
LODI TRUCK SERVICE, INC.

## ORDER

The parties having entered into the forgoing stipulation for dismissal of the case, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be and hereby is dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED: _____

U.S. DISTRICT COURT JUDGE

1  IT IS FURTHER STIPULATED that this Stipulation for Dismissal may be executed in any
2  number of counterparts, each of which shall be an original, but such counterparts together shall
3  constitute one and the same Stipulation for Dismissal.

4  DATED: _____, 2005        WALTON & ASSOCIATES
5                              By_____
6                                 Edward C. Walton
                                   Justin E. D. Daily
7                                  Attorneys for Plaintiff
                                   THE CONTINENTAL INSURANCE COMPANY

8  DATED: _____, 2005        FLYNN DELICH & WISE
9                              By_____
10                                James B. Nebel
                                   Attorneys for Defendants NYK LINES and
11                                 NIPPON YUSEN KAISHA

12 DATED: July 5, 2005          LAW OFFICES OF GEORGE W. NOWELL
13                              By_____
                                   George W. Nowell
14                                 Attorney for Defendant
                                   DANZAS AEI CARGO
15                                 MANAGEMENT SERVICES

16 DATED: _____, 2005         GREENE, CHAUVEL, DESCALSO & MINOLETTI
17                              By_____
                                   Ronald C. Chauvel
18                                 Susan J. Bayerd
                                   Attorney for Defendant
19                                 LODI TRUCK SERVICE, INC.

20                              **ORDER**

21  The parties having entered into the forgoing stipulation for dismissal of the case, and good
22 cause appearing therefor,

23  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be and hereby is
24 dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.
25 DATED: 7/29/05

26                              U.S. ~~DISTRICT COURT~~ JUDGE
                                MAGISTRATE
27
28

1  IT IS FURTHER STIPULATED that this Stipulation for Dismissal may be executed in any
2  number of counterparts, each of which shall be an original, but such counterparts together shall
3  constitute one and the same Stipulation for Dismissal.
4  DATED: _____, 2005       WALTON & ASSOCIATES
5                                  By_____
6                                     Edward C. Walton
                                       Justin E. D. Daily
7                                      Attorneys for Plaintiff
                                       THE CONTINENTAL INSURANCE COMPANY
8  DATED: _____, 2005       FLYNN DELICH & WISE
9                                  By_____
10                                    James B. Nebel
                                       Attorneys for Defendants NYK LINES and
11                                     NIPPON YUSEN KAISHA
   DATED: _____, 2005       LAW OFFICES OF GEORGE W. NOWELL
12
13                                 By_____
                                      George W. Nowell
14                                    Attorney for Defendant
                                      DANZAS AEI CARGO
15                                    MANAGEMENT SERVICES
16 DATED: July 6, 2005            GREENE, CHAUVEL, DESCALSO & MINOLETTI
17                                 By_____
                                      Ronald C. Chauvel
18                                    Susan J. Bayerd
                                      Attorney for Defendant
19                                    LODI TRUCK SERVICE, INC.
20                                **ORDER**
21     The parties having entered into the forgoing stipulation for dismissal of the case, and good
22 cause appearing therefor,
23     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be and hereby is
24 dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.
25 DATED: _____
26                                    U.S. DISTRICT COURT JUDGE
27
28

---

2:\PLDGS\CNA-NYK STIP DISMISSAL  04CV-04615 JSW(WDB)   STIPULATION RE: DISMISSAL & ORDER

## ORDER

The parties having entered into the forgoing stipulation for dismissal of the case, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be and hereby is dismissed with prejudice, each party to bear his or its own costs and attorneys' fees.

DATED: _____   _____

U.S. DISTRICT COURT JUDGE